```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 14609
    PETER BOURDAGE
    DONNA M BOURDAGE                            CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-8833     SSN XXX-XX-7778
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 04/15/05 and confirmed on 06/23/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $ 18687.96 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| FIRST MIDWEST BANK | SECURED | .00 | .00 | .00 |
| B FIRST LLC | UNSECURED | 38224.65 | .00 | 3920.92 |
| BP AMOCO | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 27249.75 | .00 | 2795.16 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 6235.51 | .00 | 639.61 |
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| HOMER TREES | UNSECURED | 425.00 | .00 | 43.59 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1583.60 | .00 | 162.44 |
| KOHLS | UNSECURED | 1325.39 | .00 | 135.95 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 35016.01 | .00 | 3591.79 |
| MORRAINE VALLEY POLICE D | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 317.56 | .00 | 32.57 |
| OAKVIEW DENTAL GRP | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 575.09 | .00 | 58.99 |
| PALOS COMMUNITY HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| PALOS COMMUNITY HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| PALOS EMERGENCY MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1179.14 | .00 | 120.95 |
| B FIRST LLC | UNSECURED | 11117.46 | .00 | 1140.38 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 544.85 | .00 | 55.89 |
| SILVER CROSS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 21865.76 | .00 | 2242.89 |
| AMERICAN HOME MTGE | MORTGAGE ARRE | 232.14 | 6.19 | 232.14 |
| FIRST MIDWEST BANK | ADMINISTRATIV | 450.00 | .00 | 450.00 |

```
      Summary of disbursements:
------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED   232.14        450.00    145659.77         .00     146341.91
PRINCIPAL PAID       232.14        450.00     14941.13         .00      15623.27
INTEREST PAID          6.19           .00          .00         .00           6.19
TOTAL PAID           238.33        450.00     14941.13         .00      15629.46
```

The Debtor's attorney, JOHN C DENT                          , was allowed $   2700.00
and was paid $    400.00   direct and $   2300.00   through the plan.

The Trustee received $    758.50 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 01/10/08                  /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                               PAGE   2
         CASE NO. 05 B 14609 PETER BOURDAGE & DONNA M BOURDAGE